# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Marlon Omar Baca Beltrand,<br><br>        Petitioner<br><br>v.<br><br>John Mattos, et al.,<br><br>        Defendants | Case No. 2:25-cv-01430-CDS-EJY<br><br>**Order Deferring Ruling on<br>Pro Hac Vice Application**<br><br>[ECF No. 5] |

      Marti Jones seeks permission to practice pro hac vice in this district on behalf of petitioner Marlon Omar Baca Beltrand. ECF No. 5. In the verified petition, Beltrand designates Laura Liu as resident counsel in this matter, but Liu, who is admitted to practice in Nevada, does not maintain an office in Nevada. *Id.* at 4; *see also* Local Rule IA 11-1(b)(1). Under § (b)(2), an attorney who does not maintain an office "must either (i) associate a licensed Nevada attorney maintaining an office in Nevada or (ii) designate a licensed Nevada attorney maintaining an office in Nevada for service of papers, process, or pleadings required to be served on the attorney, including service by hand delivery or facsimile transmission." LR IA 11-1(b)(2).

      The rule further explains that an attorney who is admitted in Nevada but does not maintain a Nevada office "must, upon initial appearance, file a notice that (i) informs the court the attorney is appearing under subsection (b)(1) and (ii) identifies the name and contact information of the associated or designated Nevada attorney. The name and office address of the associated or designated attorney must be endorsed on the pleadings or papers filed in this court, and service on the associated or designated Nevada attorney will be deemed to be service on the out-of-state attorney." *Id.*

1  Accordingly, Liu must associate or designate a licensed Nevada attorney maintaining an
2  office in Nevada and file a notice as outlined above. Liu's notice must be filed by August 14, 2025.
3  I defer ruling on Jones's pro hac vice so that a licensed Nevada attorney maintaining an office in
4  Nevada may be designated resident counsel. Once that is accomplished, Jones must file an
5  amended petition using the "Notice of Corrected Image/Document" event to link it to the
6  existing filing by August 21, 2025.
7  Dated: August 7, 2025

_____
Cristina D. Silva
United States District Judge

2