# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Marlon Omar Baca Beltrand,

        Petitioner

v.

John Mattos, et. al,

        Respondents

Case No. 2:25-cv-01430-CDS-EJY

**Order Directing Service of Petition and Response**

    Petitioner Marlon Omar Baca Beltrand has filed a petition for federal habeas corpus relief under 28 U.S.C. § 2241 challenging his immigration detention at the Nevada Southern Detention Center. Having conducted a preliminary review of the petition, I now direct that it be served on the respondents.

    I therefore order that the Clerk of Court is directed to SERVE copies of the petition (ECF No. 1) and this order upon respondents as follows:

- By electronically through CM/ECF serving a copy of the petition (ECF No. 1) and this order on the United States Attorney for the District of Nevada in accordance with Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure;
- By sending a copy of the petition (ECF No. 1) and this order by mail to: (1) John Mattos, Warden, Nevada Southern Detention Center, 2190 E. Mesquite Ave., Pahrump, NV 89060; (2) Jason Knight, Salt Lake City Field Office Director, U.S. Immigration & Customs Enforcement, Enforcement and Removal Operations, 2975 Decker Lake Drive, Suite 100, West Valley City, UT 84119-6096; (3) Kristi Noem, Secretary of the Department of Homeland Security, 3801 Nebraska Ave. NW, Washington, DC 20528; and (4) Pamela Bondi, Attorney General of the United States, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001.

IT IS FURTHER ORDERED that respondents must **appear** in this action by August 13, 2025, and **file and serve** their response to the petition by August 28, 2025, unless additional time is allowed for good cause shown. Baca Beltrand will have **15 days** following the date the response is filed to file and serve a reply. Local Rule 7-2(b) governs the scheduling for responses and replies to motions filed by either party.

Dated: August 8, 2025

_____
Cristina D. Silva
United States District Judge