UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Marlon Omar Baca Beltrand,<br><br>　　　　　Petitioner<br><br>v.<br><br>John Mattos, et al.,<br><br>　　　　　Respondents | Case No. 2:25-cv-01430-CDS-EJY<br><br>Order Setting Hearing, Directing Service of Ex Parte Motion for a Temporary Restraining Order, and Advancing Response |

　　　Plaintiff-petitioner Marlon Omar Baca Beltrand brings this amended petition for writ of habeas corpus (ECF No. 17) and an ex parte motion for a temporary restraining order (TRO) challenging his removal from the United States (ECF No. 21). Having conducted a preliminary review of the amended petition and the TRO, I now order the following:

　　　IT IS ORDERED that Baca Beltrand must serve a copy of the TRO by **3:00 pm on September 3, 2025**, via email, to Assistant United States Attorney Christian Ruiz at the United States Attorney's Office for the District of Nevada.

　　　IT IS FURTHER ORDERED that the respondents must file a response to the motion by **1:00 pm on September 4, 2025.**

　　　IT IS FURTHER ORDERED that this matter is set for hearing at **10:00 am on September 5, 2025**, in LV Courtroom 6B at which time Baca Beltrand will have opportunity to reply to the government's response and the court will hear argument from both parties.

　　　To the extent emergency relief is needed in advance of Friday's hearing, the court will issue an order after reviewing the government's response to the TRO motion.

　　　Dated: September 2, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Cristina D. Silva
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge