SIGAL CHATTAH
United States Attorney
District of Nevada
Nevada Bar No. 8264
CHRISTIAN R. RUIZ
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Christian.Ruiz@usdoj.gov

*Attorneys for the Federal Respondents*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MARLON OMAR BACA BELTRAND,<br><br>Petitioner<br><br>v.<br><br>Jason KNIGHT, Acting Las Vegas/Salt Lake City Field Office Director, Enforcement and Removal Operations, United States Immigration and Customs Enforcement (ICE); et al.,<br><br>Respondents | Case No. 2:25-cv-01430-CDS-EJY<br><br>**Joint Stipulation and Order to Continue Hearing Regarding Petitioner's Ex Parte Motion for a Temporary Restraining Order (ECF No. 21)**<br><br>[ECF No. 26] |

Under LR IA 6-1 and LR IA 6-2, Petitioner Marlon Omar Baca Beltrand ("Petitioner") and the Federal Respondents, by and through their undersigned counsel, hereby stipulate and jointly request that the Court grant a one-week continuance of the hearing regarding Petitioner's Ex Parte Motion for a Temporary Restraining Order (ECF No. 21) ("Petitioner's Motion"). This is the parties' first request to continue the hearing.

Petitioner filed an Amended Petition for Writ of Habeas Corpus (ECF No. 17), and on September 2, 2025, he filed an Ex Parte Motion for a Temporary Restraining Order (ECF No. 21). The Court subsequently issued an Order Setting Hearing, Directing Service of Ex Parte Motion for a Temporary Restraining Order, and Advancing Response (ECF No. 22), directing Petitioner to serve a copy of Petitioner's Motion on counsel for the Federal Respondents, directing the Federal Respondents to file a response by 1:00 p.m. on September 4, 2025, and scheduling a hearing regarding Petitioner's Motion for 10:00 a.m. on September

5, 2025. On September 4, 2025, the Federal Respondents filed a Status Report (ECF No. 24), updating the Court regarding the parties' negotiations and efforts to cooperatively resolve Petitioner's Motion.

The parties have conferred and agreed to submit this joint stipulation for a one-week continuance of the hearing regarding Petitioner's Motion. Although the Federal Respondents have agreed not to subject Petitioner to expedited removal proceedings under 8 U.S.C. § 1225(b)(1), thus addressing the primary concerns raised by Petitioner's Motion, the parties' negotiations are ongoing and the parties are nearing an agreement regarding the specific language of a stipulation that would resolve Petitioner's Motion. The parties thus need additional time to finalize their stipulation. Further, counsel for the Federal Respondents has a previously scheduled, out-of-state doctor's appointment on September 4, 2025, and cannot attend the motion hearing in person.

Respectfully submitted this 4th day of September 2025.

IT IS SO STIPULATED.

| STOWELL CRAYK PLLC | SIGAL CHATTAH |
|---|---|
|  | Acting United States Attorney |
| /s/ Marti L. Jones | /s/ Christian R. Ruiz |
| MARTI L. JONES | CHRISTIAN R. RUIZ |
| *Attorney for Plaintiff* | Assistant United States Attorney |

Based on the parties' stipulation, the September 5, 2025 hearing at 10:00 a.m. is vacated and continued to **September 17, 2025, at 10:30 a.m.** in LV Courtroom 6B.

_____
United States District Judge

Dated: September 5, 2025