Peter L. Ashman, 2285
LAW OFFICES OF PETER L. ASHMAN
617 S. 8TH Street, Suite B
Las Vegas, NV 89101
Telephone: (702) 735-1112
Email: pla@ashmanlaw.com
  *Attorney for Petitioner*

Marti L. Jones, (Utah 5733)
Adam L. Crayk, (Utah 9443)
STOWELL CRAYK, PLLC
4252 South 700 East
Millcreek, Utah 84107
Email: marti@lawscb.com
Email: adam@lawscb.com
Telephone: (385) 549-1260
Facsimile: (801) 483-0705
  *Attorneys for Petitioner, Pro Hac Vice*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Marlon Omar Baca Beltrand,<br><br>  Petitioner<br>v.<br><br>John MATTOS, Warden, et. al.<br><br>  Respondents | Case No. 2:25-cv-01430-CDS-EJY<br><br>**Order Approving Stipulated**<br>**Briefing Schedule**<br><br>[ECF No. 45] |

Petitioner has filed a stipulation requesting the following schedule of briefing deadlines:

 a) Deadline for filing Petitioner's Second Amended Petition for Writ: September 29, 2025.

 b) Deadline for filing Defendant's Answer: October 17, 2025.

 c) Deadline for Petitioner's Reply, if any: October 27, 2025.

The parties' stipulation **[ECF No. 45] is approved**, and a hearing is scheduled for November 13, 2025, at 10:00 a.m. in LV Courtroom 6B.

Because the respondents' filed their answer on October 17, 2025, federal respondents' unopposed motion to extend time to file an answer **[ECF No. 44] is denied as moot**.

Dated: October 20, 2025

_____
Cristina D. Silva
U.S. District Judge