# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Marlon Omar Baca Beltrand<br><br>Petitioner<br><br>v.<br><br>John MATTOS, Warden, et. al.<br><br>Respondents | Case No. 2:25-cv-01430-CDS-EJY<br><br>**Order Granting Petitioner's Unopposed Motion to Extend Time**<br><br>[ECF No. 48] |

Petitioner Marlon Baca Beltrand has filed an unopposed motion requesting that the previously established deadline for his reply, of October 27, 2025, be extended to October 30, 2025. The unopposed motion is **[ECF No. 48] is granted**.

Dated: October 29, 2025

_____
Cristina D. Silva
U.S. District Judge