UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Marlon Omar Baca Beltrand,

          Petitioner

v.

John Mattos, et al.,

          Respondents

Case No. 2:25-cv-01430-CDS-EJY

**Order Closing Case**

Last month, I granted in part Marlon Omar Baca Beltrand's amended petition for writ of habeas corpus. Order, ECF No. 54. I also ordered the parties to file a status report advising whether the parties complied with my order and addressing their position whether this matter should remain open. *Id.* The parties timely complied. In their status report, the parties confirm that Beltrand was released from ICE custody and posted the required bond. ECF No. 55 at 2. Although Beltrand's counsel raised other concerns, the respondents assert that these issues do not "alter compliance with the Court's Order or otherwise affect resolution of the case at bar." *Id.* I agree. As a result, I kindly instruct the Clerk of Court to close this case.[1]

Dated: December 8, 2025

_____
Cristina D. Silva
United States District Judge

---

[1] Because this matter now close, respondents' motion to extend time [ECF No. 29] **is denied as moot**.